Samuel Eugene BRAMER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9292.

Circuit Court of Appeals, Third Circuit.

Argued March 6, 1947.

Decided May 12, 1947.

Rehearing Denied July 5, 1947.

Samuel Kaufman, of Pittsburgh, Pa. (Frank R. S. Kaplan, of Pittsburgh, Pa., and Maurice J. Mahoney, of Washington, D. C., on the brief), for petitioner.

Irving I. Axelrod, of Washington, D. C. (Helen R. Carloss and Norman S. Altman, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, GOODRICH, and O'CONNELL, Circuit Judges.

PER CURIAM.

The decision of the Tax Court must be affirmed. See 6 T.C. 1027. Our conclusion is based upon Dobson v. Commissioner, 320 U.S. 489, 64 S.Ct. 239, 88 L.Ed. 248, and the later similar decisions of the Supreme Court.

FIRESTONE TIRE & RUBBER COMPANY, Appellant, v. Barnard PEARL et al., Appellees.

No. 11854.

Circuit Court of Appeals, Fifth Circuit.

April 17, 1947.

M. E. Ward and Burkett H. Martin, both of Vicksburg, Miss., for appellant.

Landman Teller and Billy H. Quin, both of Vicksburg, Miss., for appellees.

Before McCORD, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment in the above numbered and entitled cause is affirmed.

George F. THOMPSON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 164, Docket 20394.

Circuit Court of Appeals, Second Circuit.

Argued April 9, 1947.

Decided April 28, 1947.

George F. Thompson and Warner F. Thompson, both of Lockport, N. Y., for petitioner.

Carton Fox, of Washington, D. C., Sewall Key, Acting Asst. Atty. Gen., and Lee A. Jackson and Norman S. Altman, Sp. Assts. to Atty. Gen., for respondent.

Before AUGUSTUS N. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of the Tax Court of the United States, 6 T.C. 285.